UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMES CASEY FOS, | CIVIL ACTION |
| Plaintiff | NUMBER |
| versus | |
| | SECTION |
| MED-1 SOLUTIONS, LLC, and | |
| ABC INSURANCE COMPANY | MAGISTRATE |
| Defendants | **JURY TRIAL DEMANDED** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## COMPLAINT

NOW INTO COURT through undersigned counsel comes the plaintiff, James Casey Fos, who assert as follows.

1.

This is an action for damages and other relief resulting from violations of the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692-1692o (the "FDCPA"), which prohibits debt collectors from engaging in deceptive, abusive, and unfair debt collection practices.

### JURISDICTION AND VENUE

2.

This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1692k(d). Venue is proper in the Eastern District of Louisiana, which is the judicial district wherein a substantial part of the events relevant to the claims made herein occurred. This court has jurisdiction over the state law claims pursuant to 28 U.S.C. § 1367.

1

## PARTIES

3.

Plaintiff, James Casey Fos, is a person of full age of majority domiciled in Covington, Louisiana.

4.

Defendant, MED-1 Solutions, LLC (MED-1), is an Indiana limited liability company that is registered and doing business in the state of Louisiana.

5.

MED-1 is a "debt collector" as defined by 15 U.S.C. § 1692a(6).

6.

ABC Insurance Company is the fictitious name of an insurance provider that has issued a policy of insurance in favor of the defendant, which policy covers the claims made herein. ABC Insurance Company is liable *in solido* with the defendants pursuant to the Louisiana Direct Action Statute, La. Rev. Stat. Ann. § 22:1269.

## FACTS

7.

Plaintiff received a letter dated December 11, 2012 addressed to his minor child, Jakob Fos, seeking to collect a balance owed to Ochsner Medical Center Northshore for medical services rendered to Jakob.

8.

The letter was written under the letterhead of "**AARON HATT, ATTORNEY AT LAW**" (bold and uppercase type in original) (hereinafter "the Hatt letter" or "the letter"). To the right of Aaron Hatt's name and address was a credit card payment block, with blanks for the recipient to fill in the payment amount, card number, expiration date, and signature. Below that

2

was an instruction to send check payments to MED-1 Solutions, LLC, at the same Indiana address listed for Aaron Hatt, Attorney at Law. This top portion of the letter was perforated, for the recipient to detach and return with a payment.

9.

Below the perforated section is the name **MED-1 Solutions, LLC** in bold type to the left, followed by account information, the client's name, and the amount due. The main body of the letter reads:

> Dear Jakob:
>
> We represent the above named creditor to collect this account. Please contact my office to discuss this account. If you need to make pay arrangements, please call my assistant at 888-323-0811 or for your convenience you can make your payment by visiting our website at www.med1solutions.com (you will need your access code: 1.5005625.454).
>
> Unless you notify this office within 30 days after receipt of the notice that you dispute the validity of this debt or any portion thereof, this office will assume the debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of the debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.
>
> Thank you

10.

Below the above-quoted text is a signature block for "Aaron Hatt, Attorney at Law," with Mr. Hatt's apparent signature affixed above his name.

11.

An accurate copy of the Hatt letter appears on the next page.

**AARON HATT, ATTORNEY AT LAW**
RETURN MAIL ADDRESS
517 US HIGHWAY 31 N
GREENWOOD IN 46142-3932 

RETURN SERVICE REQUESTED

DEC 11 2012
6172385

Fax: 888-323-0803
Toll Free: 888-323-0811    

Payment Amount: $_____

Card Number
_____
_____Exp._____

Signature

A $7.00 fee will be added for credit card payment
6172385

Please make all checks payable to Med1 Solutions

Remit to:
MED-1 SOLUTIONS, LLC
517 US HIGHWAY 31 N
GREENWOOD IN 46142-3932

Jakob Fos
70355 8th St
Covington, LA 70433-5371

I 18 3703

---

Detach Below & Return Top Portion with Your Payment

# MED-1
Solutions, LLC

Account of: Jakob Fos
Date of service 01/04/12 in the amount of $2,215.12
Client: OCHSNER MEDICAL CENTER NORTHSHORE

Account # 4982304

Dear Jakob:

We represent the above named creditor to collect this account. Please contact my office to discuss this account. If you need to make pay arrangements, please call my assistant at 888-323-0811 or for your convenience you can make your payment by visiting our website at www.med1solutions.com (you will need your access code: 1.5005625.454).

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume the debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Thank you



Aaron Hatt
Attorney at Law
THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

12.

Plaintiff received and opened the letter addressed to his minor child, and was disturbed that Ochsner had hired an attorney to collect a bill for his son's medical treatment, for which plaintiff is legally responsible, without attempting to collect it in a more amicable manner.

13.

Plaintiff called the toll-free telephone number that is listed in the Hatt letter to reach Aaron Hatt's assistant. The call was answered by a recording for MED-1 Solutions. Plaintiff followed the prompts to reach a live person, and when one finally came on the line, he asked to speak to Mr. Hatt. The live person responded: "I'm not sure who that is." She asked if she could help, and when plaintiff repeated his request to speak to Mr. Hatt, she put him on hold for a moment. When she came back on the line, she said that she didn't know if Mr. Hatt would be in that day. She offered to send Mr. Hatt an email for him to call, and took plaintiff's telephone number. Mr. Hatt never called.

14.

The telephone number listed in the letter to reach "my assistant" was not a number to reach Mr. Hatt's assistant in any meaningful sense, but is simply a telephone number for MED-1, a collection agency.

15.

A search of the roll of attorneys on the Indiana Supreme Court's website does not list Aaron Hatt. However, Aaron Hatt is an attorney licensed to practice law in Louisiana.

16.

The address listed in the letter for Aaron Hatt, Attorney at Law, is 517 US Highway 31 N, Greenwood, IN 46142-3932, which is principal business address of MED-1 Solutions. It also is Mr. Hatt's registered office address on file with the Louisiana State Bar Association.

17.

Aaron Hatt lives in Louisiana, not in Indiana.

18.

The signature on the Hatt letter is not that of Aaron Hatt.

19.

Aaron Hatt, Attorney at Law, was not personally and directly involved in evaluating or collecting the Fos account before a letter was mailed under his name.

20.

MED-1 Solutions, and not Aaron Hatt, made the decision to send the Hatt letter.

21.

MED-1 Solutions, and not Aaron Hatt, designed the Hatt letter.

22.

The Hatt letter is a form regularly used by MED-1 and mailed to consumers, without direct prior review of the consumer's account by the attorney whose name appears thereon.

23.

The Hatt letter is deceptive and misleading because it falsely implies that a licensed attorney is directly involved in the collection process, when if fact there was no meaningful involvement of Aaron Hatt, Attorney at Law, before the letter was mailed.

## FDCPA VIOLATIONS

24.

The express purpose of the Fair Debt Collection Practices Act ("FDCPA") is to eliminate abusive debt collection practices by debt collectors, and to insure that those debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged. 15 U.S.C. § 1692(e).

25.

MED-1 violated numerous provisions of the FDCPA, including but not limited to the following.

(a) MED-1 violated 15 U.S.C. 1692e(3) by falsely representing or implying that a communication was from an attorney.

(b) MED-1 violated 15 U.S.C. 1692e(10) by making false representations and using deceptive means to collect a debt.

26.

Plaintiff has suffered actual damages and injury, including but not limited to stress, anxiety, extreme mental anguish and suffering, emotional distress, and other damages for which he should be compensated in amounts to be proven at trial.

## INSURER LIABILITY

27.

ABC Insurance Company has issued a policy of insurance in favor of the defendant, which policy covers the claims made herein. ABC Insurance Company is liable *in solido* with MED-1 pursuant to the Louisiana Direct Action Statute, La. Rev. Stat. Ann. § 22:1269.

## JURY DEMAND

28.

Plaintiff demands a trial by jury.

**WHEREFORE**, plaintiff prays for a judgment in his favor and against the defendants and their insurers jointly, severally, and in solido, for:

(a)     Actual and additional damages under 15 U.S.C. §§ 1692k(a)(1) and 1692k(a)(2)(A).

(b)     Costs and reasonable attorney fees under 15 U.S.C. § 1692k(a)(3).

(c)     Interest.

(d)     All other relief appropriate in the premises.


Respectfully submitted,

/s/ Steve R. Conley
Steve R. Conley  (LSBA #21246)
321 N. Vermont Street, Suite 210
Covington, LA  70433
Tel: 985-892-7222  FAX: 985-590-5838
steve@consumerlaw1.com